IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

CVS PHARMACY, INC.,

    Defendant.
_____/

CIVIL ACTION FILE NO.:

2:22-CV-00126-RWS

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement. The parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as the settlement documentation is finalized between the parties. The parties ask that all pending deadlines be suspended pending the filing of a final stipulation of dismissal.

Respectfully submitted this 11th day of October, 2022.

| | |
|---|---|
| */s/ Matthew N. Pope* | */s/ Deborah Livesay* |
| Matthew N. Pope | Deborah Livesay |
| GA Bar No. 584216 | GA Bar No. 205591 |
| matt@mpopelaw.com | dlivesay@taylorenglish.com |
| Matthew N. Pope, P.C. | Taylor English Duma LLP |
| 900 2nd Avenue | 1600 Parkwood Circle |
| Columbus, Georgia 31902 | Suite 200 |
| Tel: (706) 324-2521 | Atlanta, Georgia 30339 |
| | Tel: (770) 434-6868 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

02421215-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,

v.

CVS PHARMACY, INC.,

      Defendant.
_____/

CIVIL ACTION FILE NO.:

2:22-CV-00126-RWS

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically serve the filing on all parties who have entered an appearance in this case.

This 11th day of October, 2022.

                                                */s/ Matthew N. Pope*
                                                Matthew N. Pope

02421215-1